**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**ROY SHERMAN,**

    **Plaintiff,**

v.                                                            **Case No: 5:15-cv-36-Oc-34PRL**

**CHRIS BLAIR, FRANCO PORCELLI
and PAXTON SAPP**

    **Defendants.**

## ORDER

Plaintiff, with the assistance of counsel, filed this case on January 1, 2015. Four months later the Court entered a scheduling order and set the discovery deadline for June 1, 2016. (Doc. 29). In July 2015, Plaintiff (still represented by counsel) requested an extension in which to respond to certain discovery requests, which was granted. (Docs. 34, 35). And it also appears that Plaintiff served Defendant Sheriff Chris Blair with requests for production and interrogatories during this time. *See* (Doc. 36). Then, Plaintiff's counsel withdrew in September 2015. (Doc. 39).

Now, proceeding *pro se*, Plaintiff demands additional discovery from Defendants. (Doc. 54). But discovery closed June 1, 2016—a deadline that was set in April 2015. And Plaintiff provides no argument and no authority showing why discovery should be reopened at this time. Accordingly, to the extent Plaintiff seeks to reopen discovery, that request is due to be **DENIED**.

When Plaintiff's counsel withdrew in September 2015 he was advised of his obligations to prosecute his case:

>Although Plaintiff is no longer represented by counsel, he is required to comply with all Orders of the Court, the Federal Rules of Civil Procedure, and the Local Rules for the Middle District of Florida. Resources and information related to proceeding in court without a lawyer, including a handbook entitled Guide for Proceeding Without a Lawyer, can be located on the Court's website (http://www.flmd.uscourts.gov/pro_se/default.htm).

*See* (Doc. 39.)

The Plaintiff is again reminded of those obligations.

**DONE** and **ORDERED** in Ocala, Florida on July 26, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties