**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ROY SHERMAN,**

    **Plaintiff,**

v.                                            **Case No: 5:15-cv-36-Oc-34PRL**

**CHRIS BLAIR, FRANCO PORCELLI**
**and PAXTON SAPP**

    **Defendants.**

## ORDER

Before the Court is Defendant Officer Paxton Sapp's motion to be excused from the upcoming settlement conference. (Doc. 63). Sapp states that he should be excused from attending the conference because his defense is being provided by the Florida Sheriffs' Self Insurance Program, which will have a claims adjuster present at the conference with authority to resolve and settle the claims against Sapp. Sapp also states that his personal presence will not contribute to the conference (but will place a hardship on him) and that Plaintiff consents to this request. Upon due consideration, the motion (Doc. 63) is **GRANTED**.

**DONE** and **ORDERED** in Ocala, Florida on August 22, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties